Jonathan A. Dessaules, State Bar No. 019439
F. Robert Connelly, State Bar No. 021031
Chelsea M. Kartler, State Bar No. 031848
**DESSAULES LAW GROUP**
5353 North 16th Street, Suite 110
Phoenix, Arizona 85016
Tel. 602.274.5400
Fax 602.274.5401
jdessaules@dessauleslaw.com
rconnelly@dessauleslaw.com
ckartler@dessaueslaw.com

IN THE SUPERIOR COURT OF ARIZONA

COUNTY OF MARICOPA

| | |
|---|---|
| Trish Coury,<br><br>    Plaintiff<br><br>    vs.<br><br>Ekmark & Ekmark, LLC, an Arizona limited liability company, Kathryn Battock, Edith I. Rudder,<br><br>    Defendant | No. 2:15-cv-01748-DMF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Trish Coury, by and through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 41(a)(1), hereby dismisses, with prejudice, its action against Defendants Ekmark & Ekmark, LLC, Kathryn Battock, and Edith I Rudder.

DATED this 14th day of December 2015.

DESSAULES LAW GROUP

By: /s/ Jonathan A. Dessaules
    Jonathan A. Dessaules
    F. Robert Connely
    Chelsea M. Kartler
    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 14, 2015 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Ekmark & Ekmark, LLC
Kathryn Battock
Edith I. Rudder
6720 N. Scottsdale Road, Suite 261
Scottsdale, AZ 85253


  /s/ Jenna Pitchel